[No. 19731-6-II.    Division Two.    May 2, 1997.]

J.L. STOREDAHL & SONS, INC., *Respondent*, v. COWLITZ COUNTY BOARD OF ADJUSTMENT, ET AL., *Respondents*, SHARON A. DAGGY, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 95-2-00641-9, Randolph Furman, J., entered June 28, 1995. *Reversed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Morgan and Hunt, JJ.

[No. 19757-0-II.    Division Two.    May 2, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS CHRISTOPHER DUTTON, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 95-8-00001-5, George L. Wood, J., entered July 24, 1995. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan and Seinfeld, JJ.

[No. 19994-7-II.    Division Two.    May 2, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ELIJAH STROMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 94-8-00786-1, Rosanne Buckner, J., entered September 19, 1995. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, C.J., and Armstrong, J.

[No. 20125-9-II.    Division Two.    May 2, 1997.]

*In the Matter of the Marriage of* LAYNE KATHIE CURTIS, *Respondent*, and JAMES SANDER CURTIS, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 95-3-00532-0, Barbara D. Johnson, J., entered November 17, 1995. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Armstrong, J.